# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 1, 2018

## NO. 03-17-00280-CR

**Judy Stailey, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE COUNTY COURT AT LAW NO. 7 OF TRAVIS COUNTY**
**BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND FIELD**
**AFFIRMED—OPINION BY CHIEF JUSTICE ROSE**

This is an appeal from the judgment of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment of conviction. Therefore, the Court affirms the trial court's judgment of conviction. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.